PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs.   Daniel Poole                              Docket No.      0315 2:09CR00276-004

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Daniel Poole, who was placed under pretrial release supervision by the Honorable Cathy Bissoon sitting in the COURT at Pittsburgh, PA, on the 20th day of October, 2009, under the following conditions:

The defendant is to report to the U.S. Pretrial Services as directed.

The defendant is to surrender any passport to: U.S. Pretrial Services Office.

The defendant is not to obtain a passport.

The defendant is to abide by the following restrictions on personal association, place of abode, or travel: Defendant shall not depart the Western District of Pennsylvania.

The defendant is to avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

The defendant is to refrain from any use of alcohol.

The defendant is to refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

The defendant is to submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

The defendant is to participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

The defendant is to refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

The defendant is to report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 1, 2010, the defendant reported as directed for a urine sample. However, Pretrial Services later received information that the defendant may have left the Western District of Pennsylvania. On February 3, 2010, this officer stopped by the defendant's residence and was unable to make contact with him. This officer then spoke with an official at the Greyhound bus station, Pittsburgh, Pennsylvania, who confirmed that the defendant left Pittsburgh, Pennsylvania on February 1, 2010, for Omaha, Nebraska.

PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR HIS ARREST AN THAT HE BE DETAINED PENDING A BOND REVOCATION HEARING BEFORE THIS COURT.

ORDER OF COURT

Considered and ordered this _____ 4th _____ day of _____ Feb _____ , 2010, and ordered filed and made a part of the records in the above case.

_____
Honorable Gary L. Lancaster
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ February 3, 2010 _____

_____
Dennis P. Martin
U.S. Pretrial Services/Probation Officer

_____
Kimberly D. Williams
Supervising U.S. Pretrial Services/Probation Officer

Place _____ Pittsburgh, Pennsylvania _____