IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No.: 09-276 |
| | ) | |
| | ) | |
| Daniel Poole | ) | |
| | ) | (filed electrically) |
| Defendant | ) | |

### Order

AND NOW, this 16th day of April, 2010, upon consideration of the Motion For Release on Electronic Monitoring, IT IS HEREBY ORDERED that the motion is GRANTED. Upon entry of this order, the defendant shall be released with all other bond conditions remaining the same. The Bond Revocation Hearing of Friday, April 16, 2010 is hereby cancelled.

By The Court:

_____, C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel
    U.S. Marshal
    U.S. Pretrial Services