PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT FILED

for

2010 JUN -3 AM 8:42

Western District Of Pennsylvania

CLERK
U S DISTRICT COURT

U.S.A. vs. Daniel Poole          Docket No.    0315 2:09CR00276-004

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Daniel Poole, who was placed under pretrial release supervision by the Honorable Cathy Bissoon sitting in the COURT at Pittsburgh, PA, on the 20th day of October, 2009, under the following conditions:

- The defendant is to report to U.S. Pretrial Services as directed.
- Defendant shall not depart the Western District of Pennsylvania.
- The defendant is to refrain from any use of alcohol.
- The defendant is to refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- The defendant is to submit to any method of testing required by the pretrial services officer for determining whether the defendant is using a prohibited substance.
- The defendant is to participate in a program of inpatient or outpatient substance abuse counseling as directed by Pretrial Services.
- The defendant is to report as soon as possible, to the pretrial services officer any contact with law enforcement personnel.

<u>02-04-2010</u>: Warrant signed by the Honorable Gary L. Lancaster for the defendant's arrest due to the defendant's unauthorized travel outside of the Western District of Pennsylvania.
<u>04-16-2010:</u> Order signed by the Honorable Gary L. Lancaster returning the defendant to pretrial release, with all original conditions in effect, and an added special condition of home confinement with electronic monitoring.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation of the special condition of home confinement with electronic monitoring:**

On June 1, 2010, the defendant failed to return to his residence following an approved leave for employment purposes. To date, his whereabouts is not known.

**The defendant is to refrain from use or unlawful possession of a narcotic drug or other controlled substances.**

The defendant submitted urine samples which tested positive for the use of Marijuana on the following dates April 28, 2010, May 3, 10, 18 & 21, 2010.

U.S.A. vs. Daniel Poole
Docket No. 09-00276-004
Page 2

PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR HIS ARREST, AND THAT HE BE DETAINED PENDING A BOND REVOCATION HEARING.

ORDER OF COURT

Considered and ordered this 3rd day of June, 2010, and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2010

_____
John Kuklar
U.S. Pretrial Services/Probation Officer

_____
Mike DiBiasi
Supervising U.S. Pretrial Services/Probation Officer

Place  Pittsburgh, PA